JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION, | CV No. 19-4306-RSWL-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AL'S BODY SHOP OF HUNTINGTON PARK, INC. d/b/a and/or a/k/a/ AL'S BODY SHOP, | |
| Defendant. | |

**WHEREAS,** on July 23, 2019 the Court Clerk entered default against Defendant Al's Body Shop of Huntington Park, Inc. ("Defendant") [15], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS,** this Court **GRANTED** Plaintiff BASF Corporation's ("Plaintiff") Motion for Default Judgment [17],

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that

1

judgment is entered in favor of Plaintiff and against Defendant, in accordance with this Court's previous Order granting Plaintiff's Motion for Default Judgment. The Court awards Plaintiff damages in the amount of $150,000 and costs in the amount of $600.

As no Defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: November 7, 2019     /s/ Ronald S.W. Lew

                                        **HONORABLE RONALD S.W. LEW**
                                        Senior U.S. District Judge